BEFORE THE SECOND DIVISION, JANUARY 10, 1963

**No. 67335.**—Berkley Machine Co. *v.* United States, protest 62/9990 (Boston).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of a window envelope punching machine similar in all material respects to that the subject of *Keer, Maurer Company* v. *United States* (48 Cust. Ct. 205, C.D. 2336), the claim of the plaintiff was sustained.

**No. 67336.**—Audex Associates, Inc. *v.* United States, protests 61/24657 and 61/24658 (New York).

Opinion by LAWRENCE, J.  An examination of the official papers disclosing that the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).